UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
LUZ N. LARA,                                                    JUDGMENT
                                                                05-CV- 1359 (CBA)
                              Plaintiff,

    -against-                                                ___ FILED
                                                            IN CLERK'S OFFICE
                                                        U.S. DISTRICT COURT E.D.N.Y.
JO ANNE B. BARNHART,                                    ★                    ★
Commissioner of Social Security,                            AUG 2 6 2005

                                                               P.M. _____
                              Defendant.            TIME A.M. _____
-------------------------------------------------------------X

        An Order of Honorable Carol Bagley Amon, United States District Judge, having

been filed on August 24, 2005, reversing the Commissioner's decision, pursuant to the fourth

sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative

proceedings; it is

        ORDERED and ADJUDGED that the Commissioner's decision is reversed,

pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded

for further administrative proceedings.

Dated:  Brooklyn, New York                          Robert C. Heinemann
        August 26, 2005                             Clerk of Court

                                        By:     _____  /s/
                                                Terry Vaughn
                                                Chief Deputy Clerk
                                                for Operations